AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Holt Value

v.

Collins Stewart

**JUDGMENT IN A CIVIL CASE**

Case Number: 01 C 6859

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered transferring this action to the United States District Court for the Southern District of New York.

DOCKETED
APR 1 1 2002

Michael W. Dobbins, Clerk of Court

Date: 4/10/2002

Sandy Newland, Deputy Clerk